UNIVERSAL REFUNDING CORPORATION, Appellant, v. Samuel W. McGARRAH.

No. 11370.

Circuit Court of Appeals, Eighth Circuit.

Dec. 7, 1938.

David Waldman, Ben Mossel, and Hyman J. Shultz, all of Kansas City, Mo., for appellant.

John C. Grover, of Kansas City, Mo., and Hart Workman, of Topeka, Kan., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, per stipulation of parties.